**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| JAMAL SHEHADEH, | * | |
| Plaintiff, | * | Case No. 1:26-cv-02480-___ |
| v. | * | |
| WARDEN MELISSA BAYLESS, | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>NOTICE OF REMOVAL</u>**

Defendant, Warden Melissa Bayless, the Warden of the Federal Correctional Institution in Cumberland, Maryland ("<u>FCI Cumberland</u>"), by and through undersigned counsel, Kelly O. Hayes, United States Attorney for the District of Maryland, and Megan L. Micco, Assistant United States Attorney for that District, respectfully represents as follows:

1.      Warden Bayless has been named as a defendant in the civil action captioned *Jamal Shehadeh v. Warden Bayless*, Case No. C-01-CV-26-000136, which is currently pending in the Circuit Court of Maryland for Allegany County (the "<u>State Court Action</u>").  Copies of all pleadings and documents received by undersigned counsel in connection with the State Court Action are attached hereto.

2.      The State Court Action was filed on April 30, 2026.

3.      The "Verified Civil Rights Complaint" filed by Plaintiff Jamal Shehadeh against Warden Bayless was served at FCI Cumberland on May 22, 2026.

4.      The State Court Action is one that may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) because it was commenced in a State court, is against or directed to Warden

Bayless, a federal official and officer of the Federal Bureau of Prisons ("BOP"), which is an Agency of the United States, and is related to Warden Bayless's acts taken under color of office. The State Court Action may also be removed to this Court pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The State Court Action appears to bring federal civil rights claims against Warden Bayless related to her acts taken under color of office pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), which are claims this Court has original jurisdiction over. This Court is also the Court for the District and division embracing the place where the State Court Action is pending.

5.      This removal of the State Court Action is timely pursuant to 28 U.S.C. § 1446, which requires "[t]he notice of removal of a civil action or proceeding [to] be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," because service of the "Verified Civil Rights Complaint" was made on the BOP at FCI Cumberland on May 22, 2026.

WHEREFORE, the civil action captioned *Shehadeh v. Warden Bayless*, Case No. C-01-CV-26-000136, now pending in the Circuit Court of Maryland for Allegany County, is properly and timely removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446.

2

Dated:  June 22, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:    /s/  Megan L. Micco
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Megan.Micco@usdoj.gov

*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2026, I caused a copy of the foregoing

Notice of Removal and all supporting exhibits to be served via first-class mail, postage prepaid,

on:

Jamal Shehadeh, #14187-026
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland  21501

*Pro se Plaintiff*


   /s/  Megan L. Micco
Megan L. Micco (Bar No. 20936)
Assistant United States Attorney

3